SHAWN N. ANDERSON
United States Attorney
GARTH R. BACKE
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL: (670) 236-2980
FAX: (670) 236-2985

Attorneys for the United States of America

FILED
Clerk
District Court

JUN 02 2025

for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

JIANBING ZHAO,

    Defendant.

Criminal Case No. CR-25-00008

**INDICTMENT**

**Preventing or Hampering Removal**
8 U.S.C. § 1253(a)(1)(C)

THE GRAND JURY CHARGES THAT:

**COUNT 1:**
Preventing or Hampering Removal
8 U.S.C. § 1253(a)(1)(C)

On or about May 26, 2025, in the District of the Northern Mariana Islands, Defendant

**JIANBING ZHAO**

an alien against whom a final order of removal was outstanding, by reason of being a member of any of the classes described in Title 8, United States Code, Section 1227(a), did take action designed to prevent and hamper, and with the purpose of preventing and hampering, his departure from the United States.

INDICTMENT- 1

All in violation of 8 U.S.C. § 1253(a)(1)(C).

Dated this 2nd day of June 2025.

A TRUE BILL.

Signature of foreperson has been **REDACTED** pursuant to the Privacy Policy of the Judicial Conference of the United States.

SHAWN N. ANDERSON
United States Attorney

By: _____
GARTH R. BACKE
Assistant United States Attorney

INDICTMENT- 2