SHAWN N. ANDERSON
United States Attorney
GARTH R. BACKE
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JIANBING ZHAO**, <br><br> Defendant. | Criminal Case No. 25-cr-00008 <br><br><br> **APPLICATION FOR PRETRIAL PRODUCTION OF GRAND JURY TRANSCRIPTS** <br> **(JENCKS ACT MATERIAL)** |

Pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, the United States hereby seeks authorization to produce and disclose to the defendants before trial certain Grand Jury transcripts and related material determined by the government to be Jencks Act material (collectively, "the Material") in this case.  *See* 18 U.S.C. § 3500.

To maintain the secrecy of the Grand Jury while allowing for liberal access to discovery material, the United States also seeks a protective order governing the Material, as follows:

1. Counsel for Defendant shall not disclose, transfer, or transmit the Material to anyone but their respective client in this matter.

2. Defendant shall not disclose, transfer, or transmit the Material to anyone.

3. Counsel for Defendant shall not copy or reproduce the Material, nor allow the Material

Application for Pretrial Production of
Grand Jury Transcripts

to be reproduced by anyone, including the defendants.

4. Counsel for Defendant shall safeguard the Material and shall promptly return the Material to the United States Attorney's Office forthwith at the conclusion of the trial in this case, or upon their client's guilty plea.

Respectfully submitted on November 4, 2025.

SHAWN N. ANDERSON
United States Attorney

By:     */s/ Garth R. Backe*
GARTH R. BACKE
Assistant United States Attorney

Application for Pretrial Production of
Grand Jury Transcripts